1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
9                    AT TACOMA

10  REBECCA ELMORE,

11             Plaintiff,                  Case No.  C05-5836RJB

12       v.                                ORDER

13  JOSEPH LEHMAN,

14             Defendant.

15

16      The Court, having reviewed defendant's motion to dismiss, the Report and Recommendation of the

17  Hon. J. Kelley Arnold, United States Magistrate Judge, objections to the Report and Recommendation, if

18  any, and the remaining record, does hereby find and Order:

19      (1)   The Court adopts the Report and Recommendation;

20      (2)   Plaintiff's complaint and causes of action are hereby DISMISSED;

21      (3)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and

22  to the Hon. J. Kelley Arnold.

23      DATED this 27th day of March, 2006.

24
                                          /s/ Robert J. Bryan
25                                        Robert J. Bryan
26                                        United States District Judge

27
28

ORDER
Page - 1